# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**SHAWN GENTRY, HOA NGUYEN,**
**THAO NGUYEN, TAN HUYNH**
**DUONG, TRAN HUYNH DUONG,**
**TRUC HUYNH DUONG, and TU**
**NGUYEN HUYNH, Individually and as**
**Representative of the Estate of**
**UYEN THI DUONG, Deceased**     **PLAINTIFFS**

**VS.**     **CIVIL ACTION NO. 3:23-cv-475-MPM-RP**

**MEMPHIS BELL TRANSPORTATION LLC;**
**and ROBINSON PROPERTY GROUP, LLC**
**d/b/a HORSESHOE TUNICA**     **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The undersigned Hamilton C. Armour of the law firm of Chartwell Law, files this Motion to Withdraw as Counsel of Record for Defendant, Robinson Property Group, LLC d/b/a Horseshoe Tunica, and in support thereof states as follows:

1. Cable M. Frost and the law firm of Lewis Brisbois Bisgaard & Smith LLP represents the Defendant, Robinson Property Group, LLC d/b/a Horseshoe Tunica.

2. Hamilton C. Armour is no longer affiliated with the law firm of Lewis Brisbois Bisgaard & Smith LLP, and therefore respectfully requests this Honorable Court to allow him to withdraw as counsel herein and be relieved of any responsibility related to this matter.

3. The parties will not be prejudiced as a result of the relief requested in this Motion.

WHEREFORE, PREMISES, CONSIDERED, the undersigned requests that this Court enter an Order granting this Motion allowing Hamilton C. Armour to withdraw as counsel of record

for Defendant Robinson Property Group, LLC d/b/a Horseshoe Tunica with no further responsibility related thereto, and that Defendant Robinson Property Group, LLC d/b/a Horseshoe Tunica will continue to be represented by the law firm of Lewis Brisbois Bisgaard & Smith LLP.

This 25th day of March 2025

                                        Respectfully submitted,

                                        CHARTWELL LAW

                                        By:   /s/ Hamilton Armour
                                                    HAMILTON C. ARMOUR

OF COUNSEL:

Hamilton C. Armour (MB No. 106449)
Chartwell Law
200 W. Jackson Street, Suite 200
Ridgeland, MS  39157
harmour@chartwelllaw.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of the filing to all counsel of record.

This the 25th day of March 2025.

                                                    /s/ Hamilton Armour
                                                    HAMILTON C. ARMOUR