**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**SHAWN GENTRY, et al.**                                                                    **PLAINTIFFS**

**v.**                                           **CIVIL ACTION NO.: 3:23-CV-475-MPM-RP**

**MEMPHIS BELL TRANSPORTATION LLC, et al.**                                 **DEFENDANTS**

**ORDER GRANTING MOTION TO WITHDRAW**

One of the attorneys for the defendant Robinson Property Group, LLC d/b/a Horseshoe

Tunica, Hamilton C. Armour, seeks leave to withdraw as counsel of record.   ECF #139.   The

defendant will continue to be represented by Cable Matthew Frost and Ben Thomas Woodhouse.

The court has reviewed the motion and the record and concludes that the motion should be

granted.   It is therefore

**ORDERED:**

that the motion of Hamilton C. Armour to withdraw as counsel of record for Defendant

Robinson Property Group, LLC d/b/a Horseshoe Tunica is GRANTED.

THIS, the 4th day of April 2025.

 /s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE