IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

SHAWN GENTRY, HOA NGUYEN, THAO NGUYEN,
TAN HUYNH DUONG, TRAN HUYNH DUONG,
TRUC HUYNH DUONG, and TU NGUYEN HUYNH,
**Individually and as Representative of the Estate of**
UYEN THI DUONG, Deceased                                                                PLAINTIFFS

VS.                                              CIVIL ACTION NO. 3:23-CV475-MPM-RP

ROBINSON PROPERTY GROUP, LLC
d/b/a HORSESHOE TUNICA                                                                    DEFENDANTS

**JUDGMENT**

For the reasons given in the court's order this date, it is hereby ordered and adjudged that this case is dismissed with prejudice.

This, the 12th day of June, 2025.

      /s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI